THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 The State, Respondent,
 v.
 Alfonzo J. Howard, Appellant.
 
 
 

Appeal from Beaufort County
Carmen T. Mullen, Circuit Court Judge
Memorandum Opinion No. 2011-MO-006
Heard February 3, 2011  Filed February
 22, 2011   
AFFIRMED

 
 
 
 Appellate
 Defender LaNelle Cantey DuRant, of South Carolina Commission on Indigent
 Defense, of Columbia, for Appellant.
 Attorney
 General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant  Attorney General
 Deborah R.J. Shupe, all of Columbia, and I. McDuffie Stone, III, of Beaufort,
 for Respondent.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220(b)(1),
 SCACR, and the following authorities:  State v. Ramsey, 345 S.C. 607,
 550 S.E.2d 294 (2001); State v. Tindall, 379 S.C. 304, 665 S.E.2d 188
 (Ct. App. 2008) reversed on other grounds 388 S.C. 518, 698 S.E.2d 263
 (2010); State v. Kirton, 381 S.C. 7, 671 S.E.2d 107 (Ct. App. 2008); State
 v. Williams, 263 S.C. 290, 210 S.E.2d 298 (1974); and State v. Byrant,
 369 S.C. 511, 633 S.E.2d 152 (2004).
TOAL, C.J.,
 PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.